Alexander F. Giovanniello (CSB # 125562)
Thomas C. Swann (CSB #229422)
Paul H. Kang (CSB # 257056)
**GIOVANNIELLO LAW GROUP**
One Pointe Drive, Suite 300
Brea, California 92821

Ph:  (714) 364-4000
Fax: (714) 364-4001

Attorneys for Plaintiff:
DRIFTWOOD HAYWARD OPERATING
COMPANY, LP dba DRIFTWOOD
HEALTHCARE CENTER – HAYWARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRIFTWOOD HAYWARD OPERATING COMPANY, LP dba DRIFTWOOD HEALTHCARE CENTER – HAYWARD;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FELIX E. MARTINEZ, an individual<br><br>　　　　　Defendant | Case No.: 3:16-cv-00583-WHO<br><br>JOINT STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41<br><br><br><br><br><br>JUDGE:　　Hon. William H. Orrick |

WHEREAS on February 3, 2016, Plaintiff Driftwood Hayward Operating Company, LP dba Driftwood Healthcare Center filed a Complaint in this Court seeking an Order to Compel Defendant to arbitrate his underlying State Court claim.  Plaintiff brought said Complaint pursuant to the Federal Arbitration Act.

WHEREAS in filing the subject complaint, Plaintiff Driftwood Hayward Operating Company dba Driftwood Healthcare Center asserted that Erika Martinez, pursuant to the authority granted to her via a Durable Power of Attorney, executed an Arbitration Agreement on behalf of Felix Martinez that required Mr. Martinez to litigate all claims against Plaintiff in an arbitration forum.

1    WHEREAS after filing the instant Complaint, Defendant Felix Martinez, in an attempt

2 to "meet and confer" provided the Declaration of Erika Martinez.   Within this Declaration,

3 Erika Martinez declared under penalty of perjury that the signature appearing on the arbitration

4 agreement did not belong to her.

5    WHEREAS after receiving this Declaration, Plaintiff immediately conducted discovery

6 and retained a handwriting expert in an effort to determine the veracity of Erika Martinez's

7 declaration.

8    WHEREAS after the completion of this discovery, and having obtained the opinion of

9 its handwriting expert, Plaintiff has concluded that the signature appearing on the arbitration

10 agreement does not belong to Erika Martinez, and as a result, the instant Complaint should be

11 dismissed.

12    **IT IS THEREFORE STIPULATED:**

13    1.    The Complaint for Arbitration filed by Plaintiff Driftwood Hayward Operating

14 Company, LP dba Driftwood Healthcare Center shall be dismissed pursuant to Federal Rule of

15 Civil Procedure §41

16    **IT IS SO STIPULATED.**

17 Dated: July 12, 2016                    **GIOVANNIELLO LAW GROUP**

18
                                  By:    */s/ Thomas C. Swann*
19                                         Alexander F. Giovanniello
20                                         Thomas C. Swann
                                           Paul H. Kang
21                                         Attorneys for Plaintiff
                                           DRIFTWOOD HAYWARD OPERATING
22                                         COMPANY, LP dba DRIFTWOOD
23                                         HEALTHCARE CENTER - HAYWARD

24 Dated: July 12, 2016                    **LAW OFFICES OF R. MICHAEL
                                           LIEBERMAN**
25

26                                  By:    */s/ R. Michael Lieberman*
27                                         R. Michael Lieberman
                                           Attorney for Defendant
28                                         FELIX E. MARTINEZ

JOINT STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41

**IT IS SO ORDERED:**

Dated: ___July 14___, 2016

By: _____

Hon. William H. Orrick
Judge of the United States District Court

JOINT STIPULATION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41